| UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN | EXECUTION AGAINST PROPERTY | CASE NO. 1:18-CV-00713 JUDGE Janet T. Neff |
|---|---|---|

Office of the Clerk, 399 Federal Building, 110 Michigan St., N.W., Grand Rapids, Michigan 49503     (616) 456-2381

**Plaintiff name(s) and address(es)**
Maria Resendiz, Juana Inez Vargas Luque, and MFV
c/o Avanti Law Group, PLLC
600 28th St SW
Wyoming, MI 49509

v

**Defendant name(s) and address(es)**
Fred and Norma Mendoza
6750 W. Grand River Ave.
Lansing, MI 48906

## REQUEST AND VERIFICATION

1. On Date 10/15/18, a judgment was granted in this case upon which the following is now due:
   - Amount of judgment    $ 46,644.48
   - Interest to this date   $ _____
   - Post judgment costs   $ _____
   - Total                  $ 46,644.48    Less credits received $ 0    Total balance due $ 46,644.48

2. Personal jurisdiction was not acquired over the following defendant(s): _____

3. The plaintiff requests the Court issue a writ of execution against the property of the following defendant(s):
   Fred Mendoza and Norma Mendoza

I declare that the statements above are true to the best of my information, knowledge and belief.

1/16/19
Date                              Plaintiff / Attorney signature

600 28th St. SW           Wyoming         MI      49509      616-257-6807
Address                   City            State   Zip        Telephone No.

## WRIT

TO ANY SHERIFF, DEPUTY SHERIFF, OR DEPUTY U.S. MARSHAL: **IN THE NAME OF THE PEOPLE OF THE UNITED STATES OF AMERICA, YOU ARE HEREBY COMMANDED:**

1. Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
2. Seize and sell, according to law, so much of the personal property of defendant(s) _____ not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
3. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell so much of the real property of defendant(s) not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
4. Collect from sale of such property sufficient monies to pay all of your charges and fees to which you are entitled.
5. After service of this writ, make proper return in not less than 20 days, nor more than 90 days, from the date of receipt.

Clerk

1/28/2019                              /s/ Paula J. Woods
Date                                   Deputy Clerk

## ENDORSEMENT

I certify that I received this writ of execution on _____ at _____
                                                   Date              Time

_____
Deputy Sheriff / Deputy U.S. Marshal

PAGE ONE OF TWO

**CERTIFICATE OF WRIT OF EXECUTION SATISFIED IN FULL/IN PART**

I certify, under penalty of contempt of court, that I have levied and collected from the defendant(s), in full/in part with interest and costs, as I was ordered,

☐ the amount of judgment.

☐ the property of claim and delivery judgment.

A. Balance due judgment creditor                                             $ _____

B. Receipts from execution                                       $ _____

    1. Statutory flat fee            $ _____

_____ 2. Mileage from place of service to court in judicial district/county of service       \_\_\_\_\_ miles     $ _____

    3. Fee based on percentage of receipts    $ _____

    4. Fee for notice of sale               $ _____

    5. Expenses (itemized below)        $ _____

C. Total collection fees (add items 1 through 5)                 $ _____

D. Receipts due judgment creditor (subtract C from B)            $ _____

E. Uncollected balance (subtract D from A)                     $ _____

Itemized expenses: _____

_____

_____

_____                                                        _____

Date                                                                                                                  Deputy Sheriff / Deputy U.S. Marshal

**CERTIFICATE OF WRIT OF EXECUTION UNSATISFIED**

I certify, under penalty of contempt of court, that after diligent search, no personal or real property of the defendant(s) could be found on which to levy the specified balance due.

_____                                        _____

Date                                                                               Deputy Sheriff / Deputy U.S. Marshal